# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1818

_____

John H. Bynum,                               *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the
                                             *   Eastern District of Arkansas.
McElroy Metal; Monarch Metal                 *
Buildings, Inc.; Steve Miller,               *        [UNPUBLISHED]
                                             *
            Appellees.                       *

_____

Submitted: February 19, 2001
Filed: March 6, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

John Bynum appeals the District Court's[1] adverse grant of summary judgment in his employment discrimination action. Having reviewed the record and the parties' submissions on appeal, we conclude summary judgment was proper. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.